# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMY FOX, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2024-cv-0614 |
| NEXSTAR MEDIA GROUP, INC., | ) |
| Defendant. | ) |

## STIPULATED ORDER TO EXTEND EXPERT, DISCOVERY AND DISPOSITIVE MOTION DEADLINES

This matter is before the Court on a stipulation by counsel for the parties in this action to extend expert and discovery deadlines as set forth below.

1. The parties shall complete document production and disclose privilege logs in response to previously-issued requests on or before March 7, 2025.

2. The parties shall agree upon deposition dates by March 7, 2025, and the depositions for previously-noticed depositions shall be concluded by April 30, 2025.

3. The party with the burden of proof shall serve expert disclosures pursuant to Fed. R. Civ. P. 26 by April 11, 2025. Rebuttal expert disclosures shall be served on or before May 9, 2025.

4. Discovery shall close on May 30, 2025.

5. Dispositive motions, if any, are to be filed on or before June 27, 2025.

6. The second Rule 16 set for June 9, 2025, is cancelled.

**IT IS SO ORDERED.**

Dated: 2/28/2025                          /s/ Robert J. Jonker
                                          Hon. Robert J. Jonker
                                          United States District Court Judge

Stipulated as to form, content and for immediate entry:

| | |
|---|---|
| */s/ Nancy A. Temple* | */s/ Richard W. Warren*____ |
| Nancy A. Temple<br>Katten & Temple, LLP<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604<br>312-663-0800<br>ntemple@kattentemple.com<br><br>*Counsel for Plaintiff* | Richard W. Warren<br>Ogletree, Deakins, Nash, Smoak &<br>Stewart, PLLC<br>34977 Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>248-631-3679<br>Richard.warren@ogletree.com<br><br>*Counsel for Defendant* |

Dated: February 27, 2025