# EXHIBIT 1

**From:** Nancy Temple <ntemple@kattentemple.com>
**Sent:** Thursday, February 20, 2025 10:32 AM
**To:** Warren, Richard W. <richard.warren@ogletreedeakins.com>
**Subject:** Re: Your voicemail left last night; Fox v. Nexstar [ODNSS-OGL.FID8771370]

[Caution: Email received from external source]

My client is a woman. I told you we were checking and clue to Siri g breaks and other items it's hard to get a date. We also asked for defendants' depositions first so we can finalize as soon as we get confirmation from you.

Nancy A. Temple
Katten & Temple, LLP
The Rookery Building
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
(312) 663-4456 (direct)
(773) 294-1448 (cell)

On Thu, Feb 20, 2025 at 8:46 AM Warren, Richard W. <richard.warren@ogletree.com> wrote:

> We are obtaining deposition dates and anticipate providing those next week. We also intend to finalize the privilege log after our review of these supplemental documents.
>
> Plaintiff has been completely silent about his availability for deposition despite a request for dates and a notice of deposition being served. He has made no statement even indicating that he will provide deposition dates. Is your client refusing to appear for deposition?
>
> Richard
>
> **Richard W. Warren | Ogletree Deakins, PLLC**

34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-631-3679 | Mobile: 586-337-3023
richard.warren@ogletree.com | www.ogletree.com | Bio

---

**From:** Nancy Temple <ntemple@kattentemple.com>
**Sent:** Thursday, February 20, 2025 9:42 AM
**To:** Warren, Richard W. <richard.warren@ogletreedeakins.com>
**Cc:** Orton, Colby <daniel.orton@ogletreedeakins.com>
**Subject:** Re: Your voicemail left last night; Fox v. Nexstar [ODNSS-OGL.FID8771370]

[Caution: Email received from external source]

What about depositions and privilege log.

Nancy A. Temple
Katten & Temple, LLP
The Rookery Building
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
(312) 663-4456 (direct)
(773) 294-1448 (cell)

On Thu, Feb 20, 2025 at 8:36 AM Warren, Richard W. <richard.warren@ogletree.com> wrote:

> Hi Nancy –
>
> I can confirm that we received documents from our client yesterday that we believe may be responsive to your supplemental request. My associate will review them to get an idea of volume, and we will send you an anticipated production date.
>
> Richard
>
> **Richard W. Warren | Ogletree Deakins, PLLC**
> 34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-631-3679 | Mobile: 586-337-3023
> richard.warren@ogletree.com | www.ogletree.com | Bio
>
> ---
>
> **From:** Warren, Richard W.
> **Sent:** Wednesday, February 19, 2025 12:58 PM
> **To:** Nancy Temple <ntemple@kattentemple.com>
> **Cc:** Orton, Colby <daniel.orton@ogletreedeakins.com>
> **Subject:** RE: Your voicemail left last night; Fox v. Nexstar [ODNSS-OGL.FID8771370]

Hi Nancy –

Your discovery deficiency letter was dated February 7, not last September. We have clearly stated that we will provide the requested information, assuming it exists, and will do so. But this takes more than several days to accomplish. I do not know if you've represented employers in the past, but they tend to take longer to obtain information and documents from than individuals, as searches must include large datasets, covering more information, with resources spread over many different matters at once. Your claim that nothing is happening is incorrect. My client is and has been undertaking the search process.

Which expert reports are you currently attempting to complete? Damages reports, liability or something else? I am not certain how emails regarding Plaintiff's termination are needed for a damages report. But if you can highlight what is needed, I can prioritize that with my client. Otherwise, we will just attempt to gather it all at the same time. I will ask my client to provide an anticipated date when its review will be complete, and will pass that along to you.

Richard

**Richard W. Warren | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-631-3679 | Mobile: 586-337-3023
richard.warren@ogletree.com | www.ogletree.com | Bio

---

**From:** Nancy Temple <ntemple@kattentemple.com>
**Sent:** Wednesday, February 19, 2025 12:49 PM
**To:** Warren, Richard W. <richard.warren@ogletreedeakins.com>
**Cc:** Orton, Colby <daniel.orton@ogletreedeakins.com>
**Subject:** Re: Your voicemail left last night; Fox v. Nexstar [ODNSS-OGL.FID8771370]

[Caution: Email received from external source]

The problem is that we asked for these things last September and have followed up and not received them yet and it's February 19. We have deadlines and cannot complete expert reports without complete documents.

You say you're going to do this but nothing is happening. On February 12 I understood we would get the information that week, but we have not received anything. When will you comply with your clients' discovery obligations?

Nancy A. Temple
Katten & Temple, LLP
The Rookery Building
209 S. LaSalle Street, Suite 950

> Chicago, IL 60604
> (312) 663-0800
> (312) 663-4456 (direct)
> (773) 294-1448 (cell)
>
> On Wed, Feb 19, 2025 at 11:45 AM Warren, Richard W. <richard.warren@ogletree.com> wrote:
>
>> Hi Nancy –
>>
>> I can confirm that I received your voicemail, which indicates you are filing a Motion to Compel. In response, I can confirm the following:
>>
>> - We are searching for and will produce any and all documents we locate that are responsive to points 1 – 8 of your February 7 discovery deficiency letter;
>> - We are attempting to locate responsive text messages, as requested in your February 7 letter; and
>> - We are obtaining dates for the depositions of defense witnesses noted in your letter.
>>
>> I mentioned that we would do so during our call on February 12. In light of this, I am not certain why Plaintiff is filing a Motion to Compel. If there is something that I haven't addressed, please let me know.
>>
>> Richard
>>
>> **Richard W. Warren | Ogletree Deakins, PLLC**
>> 34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-631-3679 |
>> Mobile: 586-337-3023
>> richard.warren@ogletree.com | www.ogletree.com | Bio
>>
>> This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.
>
> This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.