UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0614 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| STANTON TANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0616 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report on behalf of Plaintiff Amy Fox and Defendant Nexstar Media Group, Inc., in Case No. 2024-cv-0614, and Plaintiff Stanton Tang and Defendant Nexstar Media Group, Inc., in Case No. 2024-cv-0616.

1.     The parties have substantially completed fact discovery, which closes May 30, 2025. The parties have completed ten depositions and have filed a stipulated order to complete three fact witness depositions by July 13, 2025.

2.     On May 16, 2025, Plaintiffs filed a motion to compel production of certain documents withheld as assertedly privileged. Magistrate Judge Kent has

1

scheduled a hearing on this motion for June 17, 2023. After resolution of that motion, the parties will conduct the deposition of Senior Vice President, Human Resources and Associate General Counsel Terri Bush by July 13, 2025.

3. Plaintiff served a notice of deposition of non-party Liam Reilly, the purpose of which is to lay the foundation for emails between Mr. Reilly and Nexstar's Executive Vice President and Chief Communications Officer, Gary Weitman, and due to scheduling, the parties anticipate completing that limited deposition in June 2025.

4. Plaintiff also served a notice of deposition of Nexstar pursuant to Rule 30(b)(6) to lay the foundation to admit certain facts at trial and the parties anticipate completing that deposition by July 13, 2025 if they are unable to agree upon a stipulation of facts that would moot such a deposition.

5. The parties are currently in the process of discussing whether they will pursue facilitative mediation instead of case evaluation, as that method of ADR could potentially increase the chances of resolving the case. Given that two additional depositions must be completed before case evaluation or facilitative mediation, the parties will request that the Court permit them to conduct and complete ADR by August 29, 2025. This requested extension will afford the parties time to fully evaluate and participate in ADR and complete discovery, and will not affect any other deadlines in these cases, including the deadline of August 22, 2025 for the filing of dispositive motions.

May 27, 2025                                Respectfully submitted,

*/s/ Nancy A. Temple*

Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-663-0800
ntemple@kattentemple.com

*Counsel for Plaintiff Amy Fox*

*/s/ Richard W. Warren*

Richard W. Warren
Ogletree, Deakins, Nash, Smoak &
Stewart, PLLC
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
248-631-3679
Richard.warren@ogletree.com

*Counsel for Defendant Nexstar Media Group, Inc.*

*/s/ Todd Knecht*

Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
616-308-4716
trknechtlaw@gmail.com

*Counsel for Plaintiff Stanton Tang*

Dated: May 27, 2025