UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY FOX,

        Plaintiff,          Case No. 1:24-cv-614

v.

        HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.
_____/

STANTON TANG,

        Plaintiff,         Case No. 1:24-cv-616

v.

        HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.
_____/

## ORDER

      A Notice by case evaluator chair setting blue ribbon track case evaluation hearing for November 10, 2025, was filed on October 30th in each of the two above-captioned cases.  By way of this order, the deadline for the parties to complete case evaluation is extended until **November 10, 2025**, as scheduled by the parties.  A settlement conference with the Magistrate Judge will be set by separate order.

      IT IS SO ORDERED.

Date:   November 4, 2025          /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE