**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0614 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The Court, having considered the Motion by Gabrielle Buchanan to Withdraw as Counsel for Plaintiff, orders as follows:

Plaintiff's Motion is **GRANTED**.

Dated: August 24, 2026

/s/ Robert J. Jonker
HONORABLE ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE