**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0614 |
| STANTON TANG,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0616 |

**JOINT STIPULATION OF FACTS**

The parties have agreed that the following may be accepted as uncontroverted facts:

1. Nexstar hired Stanton Tang in December 2021 as its News Director of WOOD-TV 8, an affiliate of NBC in Grand Rapids, Michigan.

2. Nexstar hired Amy Fox in April 2022 as the Assistant News Director at WOOD-TV 8.

3. Amy Fox reported to Stanton Tang.

4. News Director Stanton Tang reported to General Manager Julie Brinks at WOOD-TV 8.

5. General Manager Julie Brinks reported to Theresa Underwood, Senior Vice President and regional business manager at Nexstar, located in Syracuse, New York.

6. Theresa Underwood reported to Andy Alford, President of Nexstar's Broadcasting division, located at Nexstar's corporate headquarters in Irving, Texas.

7. Nexstar is a media company that produces and distributes local and national news, sports and entertainment content across its television and digital platforms.

8. Nexstar maintains a Standards Guide that outlines Nexstar's journalism standards.

9. Tang asked Fox to draft an internal memorandum regarding Pride coverage (the "Internal Memo") for his review.

10. Nexstar terminated Fox's and Tang's employment on June 29, 2023.

11. Fox and Tang filed their lawsuits against Nexstar in June 2024.

Stipulated as to form, content and for immediate entry:

*<u>/s/ Nancy A. Temple</u>*

Nancy A. Temple
Lauren Szwarc
Katten & Temple, LLP
33 North Dearborn St., Suite 1800
Chicago, IL 60602
312-663-0800
ntemple@kattentemple.com
lszwarc@kattentemple.com

*Counsel for Plaintiff Amy Fox*

*<u>/s/ Richard W. Warren</u>*___

Richard W. Warren
Jantzen Mace
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
248-631-3679
Richard.warren@ogletree.com
Jantzen.mace@ogletree.com

Hal A. Shillingstad
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
612-336-6869
Hal.Shillingstad@ogletreedeakins.com

*Counsel for Defendant Nexstar Media Group, Inc.*

Todd R. Knecht
Knecht Law, PLC
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
616-308-4716
trknechtlaw@gmail.com

*Counsel for Plaintiff Stanton Tang*

Dated: October 7, 2026

## CERTIFICATE OF SERVICE

I certify that the foregoing Joint Stipulation of Facts was served on counsel of record for Defendant pursuant to the Court's electronic ECF filing system on October 7, 2026.

/s/ *Nancy A. Temple*
Nancy A. Temple
Katten & Temple, LLP
33 N. Dearborn St., Suite 1800
Chicago, IL 60602
(312) 663-0800
ntemple@kattentemple.com

*Counsel for Plaintiff Amy Fox*