**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**MINUTES**

AMY FOX, Case No. 1:24-cv-614

v.

NEXSTAR MEDIA GROUP, INC.

STANTON TANG, Case No. 1:24-cv-616

v.

NEXSTAR MEDIA GROUP, INC.

**DATE:** October 9, 2026
**TIME:** 8:28-10:09 a.m.; 10:30-11:18 a.m.; 11:30-1:27 p.m.; 3:56-4:14 p.m.; 5:44-5:55 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Nancy Temple – *for Amy Fox*
Todd Knecht – *for Stanton Tang*

**DEFENDANT:**
Richard Warren
Harold Shillingstad
Jantzen Mace

## WITNESSES

**PLAINTIFFS:**
Gary Weitman (cont.)
Courtney Williams (deposition readback)

**DEFENDANT:**
Susan Tully

## EXHIBITS

**PLAINTIFFS' EXHIBITS:**
Exhibit 251

**DEFENDANT'S EXHIBITS:**
Exhibit 545

**JOINT EXHIBITS:**
All admitted into evidence.

## PROCEEDINGS

**NATURE OF HEARING:**
Jury Trial – Day 4: Minutes from October 8, 2026, updated to reflect that Defendant Exhibit 554 was not admitted into evidence; Gary Weitman concluded his testimony; Susan Tully testified; Charlsie Dewey testified; Courtney Williams deposition readback took place; the parties gave closing arguments; the Court instructed the jury; the jury began deliberations; the jury submitted a question to the Court, which the Court discussed with counsel and addressed; the jury resumed deliberations; the jury returned a verdict in open court.

COURT REPORTER: Stefanie Pohl

/s/ S. Mayer
Law Clerk