**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX,<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0614 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC.,<br>Defendant. | ) | |

**MOTION BY LAUREN SZWARC TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local General Rule 2.5, Lauren Szwarc respectfully moves to withdraw as counsel for Plaintiff, Amy Fox. The grounds supporting this motion are set forth below:

1. Lauren Szwarc entered an appearance on behalf of Plaintiff, Amy Fox.

2. Lauren Szwarc has taken a position at another firm and will no longer representing Plaintiff as of October 21, 2026.

3. Plaintiff will still be represented by Nancy A. Temple of Katten & Temple, LLP.

4. Lauren Szwarc requests that she be granted leave to withdraw as counsel for Plaintiff.

5. This motion is not made for any improper purpose or to delay but in the interests of justice. The withdrawal of counsel will not unduly prejudice any party or the proceedings.

CONCLUSION

WHEREFORE, Gabrielle Buchanan requests the Court grant her leave to withdraw as counsel for Plaintiff, Amy Fox and to grant any relief the court deems just.

Respectfully submitted,

Date: October 26, 2026

/s/ Lauren Szwarc

Nancy A. Temple
Lauren Szwarc

Katten & Temple, LLP
33 N. Dearborn Street, Suite 1800
Chicago, Illinois 60602
(312) 663-0800
ntemple@kattentemple.com
lszwarc@kattentemple.com

Counsel for Plaintiff