**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0614 |
| STANTON TANG,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0616 |

Nancy Temple
KATTEN TEMPLE, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
TEL: (312) 663-0800
ntemple@kattentemple.com

Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
TEL: 616-308-4716
trknechtlaw@gmail.com
*Attorneys for Plaintiffs*

Richard W. Warren (P63123)
OGLETREE DEAKINS, PC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
TEL: (248) 631-3679
FAX: (248) 593-2603
richard.warren@ogletree.com

*Attorneys for Defendant*

**STIPULATED ORDER EXTENDING DEADLINE FOR NEXSTAR TO RESPOND TO PLAINTIFFS' RESPECTIVE FEE PETITIONS BY THREE DAYS**

This matter having come before the Court pursuant to the stipulation of the parties, through

their undersigned counsel, and the Court being otherwise fully advised in the premises;

**WHEREAS,** Plaintiff Fox has filed a Motion for Quantification of Attorneys' Fees, Costs, and Other Assessments Pursuant to The Final Judgment [ECF 179]; and

**WHEREAS**, Plaintiff Tang has filed a Motion for Attorney's Fees and Costs Under MCL § 423.506 and § 423.511 and Rule 54(D)(2) of The Federal Rules of Civil Procedure [ECF 133]; and

**WHEREAS**, the parties have stipulated to allowing Defendant Nexstar an extension of 3 days to respond to Fox ECF 179 and Tang ECF 133;

**THEREFORE, IT IS ORDERED THAT:** (1) Defendant Nexstar's deadline for its Response to Plaintiff Amy Fox's Motion for Quantification of Attorneys' Fees, Costs, and Other Assessments Pursuant to The Final Judgment [ECF 179] is extended to Friday, **November 13, 2026**; and

(2) Nexstar's Response to Plaintiff's [Stanton Tang'] Motion for Attorney's Fees and Costs Under MCL § 423.506 and § 423.511 and Rule 54(D)(2) of The Federal Rules of Civil Procedure [ECF 133] is extended to **November 17, 2026**.

Dated: November 9, 2026

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge

Stipulated as to form, content and for immediate entry:

*/s/ Nancy A. Temple*
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-663-0800
ntemple@kattentemple.com

*Counsel for Plaintiff Amy Fox*

*/s/ Richard W. Warren*
Richard W. Warren
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
248-631-3679
Richard.warren@ogletree.com

*Counsel for Defendant*

*/s/ Todd Knecht*__________
Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
TEL: 616-308-4716
trknechtlaw@gmail.com

*Counsel for Plaintiff Stanton Tang*

Dated: November 6, 2026